**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Rebecca Fletcher, Boonie Fletcher, Robert Sankey, and
Teena Boetjjer, Defendants,

Of whom Robert Sankey is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-001805

Appeal From Aiken County
Daniel E. Martin, Jr., Family Court Judge

Unpublished Opinion No. 2016-UP-217
Submitted May 6, 2016 – Filed May 17, 2016

**AFFIRMED**

Montford Shuler Caughman, of Caughman Law, LLC, of
Lexington, for Appellant.

Amanda Frances Whittle, of the South Carolina Department of Social Services, of Columbia, for Respondent.

Amy Patterson Shumpert, of Nance, McCants, & Massey, of Aiken, for the Guardian ad Litem.

---

**PER CURIAM:**  Robert Sankey appeals the family court's final order terminating his parental rights to his two minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's order and relieve Sankey's counsel.

**AFFIRMED.**[1]

**HUFF, A.C.J., and KONDUROS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.